■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHAN A. BOYKIN, Appellant. [818 NYS2d 480]—Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered February 27, 2004, convicting him of assault in the first degree, attempted robbery in the first degree, assault in the second degree, attempted robbery in the second degree, robbery in the third degree, and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The sentence imposed was not illegal (*see* Penal Law § 70.06 [6] [a]; *see generally People v Lettley,* 275 AD2d 799 [2000]). "There is no need for a remittitur in order to correct certain inconsequential errors in transcription" (*People v Negron,* 184 AD2d 532, 533 [1992]). Schmidt, J.P., Ritter, Santucci and Lunn, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMIL CABRAL, Also Known as RAFAEL HOVENBURG, Appellant. [820 NYS2d 536]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Parker, J.), imposed February 25, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Florio, Santucci, Skelos and Dillon, JJ., concur.